IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

RICHARD ALLEN EVANS,

   Defendant

07-M-2094

07 CR 277

---

CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE
*(Under Rule 20)*

I, Richard Allen Evans, the above-named defendant, have been informed that a Complaint is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Middle District of Alabama and to waive trial in the Western District of New York.

Dated: SEPT 27, 2007, at Montgomery, Alabama.

_____
RICHARD ALLEN EVANS
Defendant

_____
Counsel For Defendant

APPROVED

| | |
|---|---|
| TERRANCE P. FLYNN<br>UNITED STATES ATTORNEY<br>Western District of New York | LEURA GARRETT CANARY<br>UNITED STATES ATTORNEY<br>Middle District of Alabama |
| By: _____<br>MARIE P. GRISANTI<br>Assistant U. S. Attorney<br>Western District of New York | By: _____<br>A. CLARK MORRIS<br>Assistant U. S. Attorney<br>Middle District of Alabama |

RECEIVED SEP 2 5 2007 BKS

FILED 2007 NOV -9 PM 3:57

**RULE 20 TRANSFER NOTICE**

| To: TERRANCE P. FLYNN Attn: AUSA Marie P. Grisanti | District Western District of New York | Date 11/9/07 |
|---|---|---|
| Name of Subject Richard Allen Evans | Statute violated 18 U.S.C. §2113(a) | file date |

## PART A - DISTRICT OF ARREST

___ The above named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 Disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

___ Enclosed is an original and one copy of a Consent To Transfer form executed by the defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the court in this district in accordance with Rule 20.

_X_ [Other] The defendant is presently in the Middle District of Alabama. He has signed a *Consent To Transfer Of Case For Plea and Sentence*, stating his decision to plead guilty to an offense and be sentenced in the Middle District of Alabama. Enclosed is a signed original and one copy of the *Consent To Transfer*. Kindly provide your consent below, on the enclosed Consent To Transfer form, indicating your approval of the transfer of this case to the Middle District of Alabama.

_X_  I am agreeable to a Rule 20 disposition.

___  I am not agreeable to a Rule 20 disposition.

| From: | Address: |
|---|---|
| LEURA GARRETT CANARY<br>UNITED STATES ATTORNEY<br>MIDDLE DISTRICT OF ALABAMA<br><br>BY: *Clark Morris*<br>A. Clark Morris<br>Assistant U.S. Attorney | United States Attorney's Office<br>One Court Square, Suite 201<br>Montgomery, AL 36104 |

## PART B - DISTRICT OF OFFENSE

**X**    I am agreeable to a Rule 20 disposition.

___    I am not agreeable to a Rule 20 disposition.

| Signature ( name and title) | District and date |
|---|---|
| TERRANCE P. FLYNN<br>UNITED STATES ATTORNEY<br>WESTERN DISTRICT OF NEW YORK<br>138 Delaware Avenue<br>Buffalo, New York 14202<br><br>BY: *Marie P. Grisanti*<br>Marie P. Grisanti<br>Assistant U.S. Attorney | Western District of New York<br>September 19, 2007 |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-                                              07-CR-

RICHARD ALLEN EVANS,

        Defendant.

07 CR 277A

FILED 2007 NOV -9 PM 3:57 U.S. DISTRICT COURT WDNY - BUFFALO

### INFORMATION

Title 18, United States Code,
Section 2113(a)

### COUNT I

**The United States Attorney Charges:**

On or about September 11, 2006, in the Western District of New York, the defendant, RICHARD ALLEN EVANS, did, by force, violence and intimidation, knowingly take, from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of Key Bank, at 2429 Military Road, in the Town of Niagara, New York, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

11-9-07

-2-

All in violation of Title 18, United States Code, Section 2113(a).

DATED: Buffalo, New York, November 8, 2007.

                        TERRANCE P. FLYNN
                        United States Attorney

BY: *Marie P. Grisanti*
       MARIE P. GRISANTI
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       (716) 843-5700, ext. 818
       marie.grisanti@usdoj.gov

CLOSED_2007

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
### CRIMINAL DOCKET FOR CASE #: 1:07-cr-00277-RJA All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Evans | Date Filed: 11/09/2007 |
| Magistrate judge case number: 1:07-mj-02094-HBS | Date Terminated: 11/09/2007 |

Assigned to: Hon. Richard J. Arcara

**Defendant**
**Richard Allen Evans** (1)
*TERMINATED: 11/09/2007*

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By _____ Deputy Clerk

**Pending Counts**        **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**        **Disposition**
BANK ROBBERY BY FORCE OR VIOLENCE     Transferred to Middle District of Alabama for plea and disposition
all in violation of 18:2113A.F
(1)

**Highest Offense Level (Terminated)**
Felony

**Complaints**        **Disposition**
18:2113A.F--BANK ROBBERY BY FORCE OR
VIOLENCE,

**Plaintiff**
USA        represented by **Marie P. Grisanti**
U.S. Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
716-843-5818
Fax: 716-551-3052
Email: marie.grisanti@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2007 | 1 | COMPLAINT as to Richard A. Evans (1). (DZ, ) [1:07-mj-02094-HBS] (Entered: 03/26/2007) |
| 03/21/2007 | | (Court only) ARREST Warrant Issued by Hugh B. Scott in case as to Richard A. Evans. **This is a private entry.** (DZ, ) [1:07-mj-02094-HBS] (Entered: 03/26/2007) |

| | | |
|---|---|---|
| 11/09/2007 | 2 | INFORMATION as to Richard Allen Evans (1) count(s) 1. (DZ) (Entered: 11/26/2007) |
| 11/09/2007 | 3 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Middle District of Alabama Counts closed as to Richard Allen Evans (1) Count 1. (DZ) (Entered: 11/26/2007) |
| 11/09/2007 | | (Court only) ***Set closed flag as to Richard Allen Evans (DZ) (Entered: 11/26/2007) |