AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA
V.
RICHARD ALLEN EVANS

**WAIVER OF INDICTMENT**

CASE NUMBER: 2:07cr305-WKW

I, _____Richard Allen Evans_____, the above named defendant, who is accused of

violations of Title 18, United Stated Code, Section 2113(a)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____15 Jan 08_____ prosecution by indictment and consent that the pro-
Date
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge